**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000387**
**09-MAR-2023**
**07:50 AM**
**Dkt. 92 OGMD**

NO. CAAP-22-0000387

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE STANLEY T.F. LEU REVOCABLE TRUST DATED
MAY 25, 2006, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 1CTR-22-0000013)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of Respondent-Appellant Lester K.M. Leu's March 3, 2023 Motion to Dismiss Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawai'i Rules of Appellate Procedure Rule 42(b). The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, March 9, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge